**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-6463**

———————

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

  v.

ROBERT LEE WINFIELD, JR., a/k/a Tubbs,

     Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert E. Payne, Senior District Judge. (2:95-cr-00193-REP-1)

———————

Submitted: June 23, 2016    Decided: June 29, 2016

———————

Before MOTZ, KING, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert Lee Winfield, Jr., Appellant Pro Se. Joseph Kosky, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia; Stephen David Schiller, Assistant United States Attorney, Richmond, Virginia; Howard Jacob Zlotnick, Assistant United States Attorney, Newport News, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Lee Winfield, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Winfield, No. 2:95-cr-00193-REP-1 (E.D. Va. Feb. 22, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED